ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Sulphur Springs Valley Electric Cooperative, Inc. | ) ASBCA Nos. 59802, 59856 |
| | ) 60016, 60306 |
| | ) 60486 |
| | ) |
| Under Contract No. W9124A-04-C-0011 | ) |

APPEARANCES FOR THE APPELLANT:
Brett W. Johnson, Esq.
Colin P. Ahler, Esq.
Jason Ebe, Esq.
  Snell & Wilmer LLP
  Phoenix, AZ

APPEARANCES FOR THE GOVERNMENT:
Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
Frank A. March, Esq.
  Trial Attorney

ORDER OF DISMISSAL

By motion filed on 4 April 2017, appellant has moved for dismissal of these appeals, with prejudice, pursuant to a settlement agreement reached during a mediation with the undersigned. Accordingly, these appeals are dismissed from the Board's docket with prejudice.

Dated: 6 April 2017

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 59802, 59856, 60016, 60306, 60486, Appeals of Sulphur Springs Valley Electric Cooperative, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals